# EXHIBIT 1
## TO THE COMPLAINT

**Registration Number**

# VA 2-482-114

**Effective Date of Registration:**
February 09, 2026
**Registration Decision Date:**
February 09, 2026

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    June 15, 2025 to September 15, 2025

## Title

| | |
|---|---|
| **Title of Group:** | Tinker Creek Creations 2025 |
| **Number of Photographs in Group:** | 18 |

- **Individual Photographs:** TCC-15,
  TCC-16,
  TCC-17,
  TCC-18,
  TCC-19,
  TCC-20,
  TCC-21,
  TCC-22,
  TCC-23,
  TCC-24
  **Published:** June 2025

- **Individual Photographs:** TCC-1,
  TCC-2,
  TCC-3,
  TCC-4,
  TCC-5,
  TCC-6,
  TCC-7,
  TCC-8
  **Published:** September 2025

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2025 |
| **Earliest Publication Date in Group:** | June 15, 2025 |
| **Latest Publication Date in Group:** | September 15, 2025 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Trish Phelps |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |

## Copyright Claimant

**Copyright Claimant:** Trish Phelps
6626 Trevilian Roa, Roanoke, VA, 24019, United States

## Rights and Permissions

**Name:** Trish Phelps
**Address:** 6626 Trevilian Roa
Roanoke, VA 24019 United States

## Certification

**Name:** Jessica Delos Santos
**Date**: February 09, 2026

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding basis for registration: Registration does not extend to any article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113.

**Registration Number**

**VA 2-482-115**

**Effective Date of Registration:**
February 09, 2026
**Registration Decision Date:**
February 09, 2026

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   October 15, 2023 to October 15, 2023

## Title

**Title of Group:**   Tinker Creek Creations 2023
**Number of Photographs in Group:**   14

- **Individual Photographs:**   TCC-10,
TCC-11,
TCC-12,
TCC-13,
TCC-14,
TCC-25,
TCC-26,
TCC-27,
TCC-28,
TCC-29,
TCC-30,
TCC-32,
TCC-33,
TCC-34

**Published:**   October 2023

## Completion/Publication

**Year of Completion:**   2023
**Earliest Publication Date in Group:**   October 15, 2023
**Latest Publication Date in Group:**   October 15, 2023
**Nation of First Publication:**   United States

## Author

- **Author:** Trish Phelps
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Trish Phelps
6626 Trevilian Roa, Roanoke, VA, 24019, United States

## Rights and Permissions

**Name:** Trish Phelps
**Address:** 6626 Trevilian Roa
Roanoke, VA 24019 United States

## Certification

**Name:** Jessica Delos Santos
**Date:** February 09, 2026

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding basis for registration: Registration does not extend to any article depicted. Registration extends to deposited photograph only. 17 USC 101, 102 (a), and 113.

# Tinker Creek Creations
# Copyright Summary

**Registration Decision Date: February 09, 2026**

| Title: | Image: | Registration No. |
|---|---|---|
| TCC-1 | | VA 2-482-114 |
| TCC-2 | | VA 2-482-114 |

| TCC-5 |  | VA 2-482-114 |
|---|---|---|
| TCC-6 | | VA 2-482-114 |
| TCC-7 | | VA 2-482-114 |

| | | |
|---|---|---|
| TCC-10 |  | VA 2-482-115 |
| TCC-11 | | VA 2-482-115 |
| TCC-12 | | VA 2-482-115 |

| | | |
|---|---|---|
| TCC-13 |  | VA 2-482-115 |
| TCC-15 | | VA 2-482-114 |
| TCC-16 | | VA 2-482-114 |

| | | |
|---|---|---|
| TCC-17 |  | VA 2-482-114 |
| TCC-18 | | VA 2-482-114 |
| TCC-21 | | VA 2-482-114 |

| | | |
|---|---|---|
| TCC-22 |  | VA 2-482-114 |
| TCC-32 | | VA 2-482-115 |
| TCC-33 | | VA 2-482-115 |

| TCC-34 |  | VA 2-482-115 |